UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| **GODFREY BROOKS** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **\*\*Civil No. 07-115-P-S** |
| | ) | **Criminal No. 03-18-P-S** |
| **Defendants** | ) | |
| | ) | |
| | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on November 19, 2007, her Recommended Decision (Docket No. 16). Plaintiff filed his Objection to the Recommended Decision (Docket No. 17) on November 29, 2007. The Government filed its response to Plaintiff's Objection (Docket No. 18) on November 30, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.       It is hereby **ORDERED** that Plaintiff's 28 U.S.C. § 2255 Motion for Relief (Docket No. 1) is **DENIED**

                                    /s/George Z. Singal_____
                                    Chief U.S. District Judge

Dated: December 5, 2007